UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| NICHOLE SANCHEZ, Individually §<br>CASY SIMPSON, Individually, §<br>EDWARD LAROY SIMPSON, II, §<br>Individually and as the Representative §<br>Of the Estate of DIANA LYNN §<br>SIMPSON, §<br>  §<br>  Plaintiffs, § NO. _____<br>  §<br>v. §<br>  §<br>YOUNG COUNTY, TEXAS AND §<br>YOUNG COUNTY SHERIFF'S §<br>DEPARTMENT, §<br>  §<br>  Defendants. § | |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. § 1441, Defendants Young County, Texas and Young County Sheriff's Department ("Defendants" or "County") file this Notice of Removal and petitions the Court for removal of this action from the 90th Judicial District Court, Young County, Texas, and would show unto the Court as follows:

1. This action was commenced on December 11, 2014, in the 90th Judicial District Court of Young County, Texas, as Cause No. 32527 (the "State Court Action"), when Plaintiffs Nichole Sanchez, Individually, Casy Simpson, Individually, Edward Laroy Simpson, II, Individually and as the Representative of the Estate of Diana Lynn Simpson ("Plaintiffs") filed its Original Petition (the "Complaint"). Defendants received a copy of the Petition and citation in the State Court Action on December 17, 2014. The State Court Action is currently pending.

All of the material required by Local Rule 81.1 is included in the Index to Defendant's Notice of Removal attached hereto.

2. This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331 because it relates to a federal question arising under the Constitution, laws, or treaties of the United States in that Plaintiffs' Original Petition alleges claims for relief arising under 42 U.S.C. § 1983 and 1985 and the Fourth and Fourteen Amendments to the U.S. Constitution.

3. As a result of the original jurisdiction conferred upon this Court under 28 U.S.C. § 1331, this action is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441.

4. Therefore, Defendants file this Notice of Removal for this entire action from the 90th Judicial District Court, Young County, Texas, to the United States District Court for the Northern District of Texas, Wichita Falls Division, as the law directs.

5. This petition for removal is timely under the provisions of 28 U.S.C. § 1446(b), in that thirty (30) days have not expired since notice of the State Court Action was received by Defendants.

6. Concurrently with the filing of this Notice of Removal, Defendants have served same on all parties of record and on the Clerk of the 90th Judicial District Court, Young County, Texas.

WHEREFORE, Defendants pray for removal of this action from the 90th Judicial District Court of Young County, Texas, to this Court.

Respectfully submitted,

/s/ S. Cass Weiland
S. Cass Weiland
State Bar No. 21081300
Robert A. Hawkins
State Bar No.00796726
SQUIRE PATTON BOGGS, LLP
2000 McKinney Ave., Suite 1700
Dallas, Texas 75201
(214) 758-1500
(214) 758-1550 (fax)
cass.weiland@squirepb.com
robert.hawkins@squirepb.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been sent via certified mail, return receipt requested and/or facsimile to counsel for Plaintiff on this 15th day of January 2015, at the following address:

Burt L. Burnett
The Burnett Law Firm
P.O. Box 1521
Abilene, TX 79604
(325) 428-0428 (fax)

/s/ S. Cass Weiland
S. Cass Weiland